Case 2:18-mj-01879-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 07/20/18   Page 2 of 12
Page ID #:44

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:18-MJ-1879 | Date and time warrant executed: 8/1/2018 6:20AM | Copy of warrant and inventory left with: Kitchen Table |
| Inventory made in the presence of : SA Duncan | | |

*Inventory of the property taken and name of any person(s) seized:*

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

1. .22 cal shell casing
2. USPS Box Addressed to Gilbert Estrada, with AK Grips, Tools, & Instructions
3. Envelope Addressed to Estrada with Receipt for Glock Holster
4. Foregrip for Firearm
5. Miscellaneous Firearm Parts (Stock, barrel, magazine, sight)
6. Miscellaneous Ammunition (.22 Shell casing, .40 cal, .45, .308 cal)
7. .40 Cal Glock magazine with 11 rounds
8. 3 .40 cal rounds
9. Loaded magazine & miscellaneous firearm parts, accessories
10. Winchester Model 1400 12 ga shotgun, s/n: N515433
11. MAADI, 7.62 cal rifle, s/n: CM19041
12. Browning 30-06 cal. rifle, s/n: 05285Py117
13. Polymer80 9mm pistol, with magazine and 17 rounds of ammunition
14. 50 round .40 cal. drum magazine
15. Assorted 9mm &12 ga ammunition
16. Firearm Part & 2 boxes of 15 rounds of 12ga ammunition
17. Assorted 30-06 ammunition
18. 3 Polymer80 frame blanks and miscellaneous firearm parts
19. 3 loaded AK magazines
20. Receiver blank, miscellaneous firearm parts
21. 8 miscellaneous magazines & assorted ammunition
22. Suspected silencer
23. Firearm part and pistol slide
24. 7 pistol magazines & assorted ammunition
25. Apple iPad (Case/Keyboard )
26. USPS Box Containing miscellaneous firearms parts

*Certification* (by officer present during the execution of the warrant)

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: 8/16/2018

*Executing officer's signature*

Tolliver Hart, Special Agent
*Printed name and title*

AUSA: Frances S. Lewis, x4850